[No. 75108-5-I.   Division One.   March 20, 2017.]

BULK FR8, LLC, *Respondent*, v. MATTHEW SCHULER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-29943-3, Jeffrey M. Ramsdell, J., entered March 29, 2016. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Leach and Mann, JJ.

[No. 46093-9-II.   Division Two.   March 21, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON PAUL JOSEPH HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-02943-1, Garold E. Johnson, J., entered March 14, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Lee, J.

[Nos. 46921-9-II; 47001-2-II.   Division Two.   March 21, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON MICHAEL ENGLISH, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN JAMES QUICHOCHO, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 13-1-02318-1, Barbara D. Johnson, J., entered November 20, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Johanson and Sutton, JJ.